IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.     20-cr-00198-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KBM GROUP, LLC,

    Defendant.

---

**ORDER OF APPROVAL**

---

    The Court has reviewed the Deferred Prosecution Agreement, attached as Exhibit 1 to the Joint Notice of Agreement and Motion for Deferral of Prosecution ("Joint Motion for Deferral") at ECF. No. 3, and orders that the Joint Motion for Deferral is GRANTED. The Court further orders that

    (1)  All proceedings and deadlines in this matter are stayed for 30 months from the date of this Order;

    (2)  Pursuant to 18 U.S.C. § 3161(h)(2), 30 months are excluded in computing the time within which the trial of offenses relating to this matter must commence; and

    (3)  The parties are to file a joint status report not later than 30 days prior to the conclusion of the term of the Deferred Prosecution Agreement.

DATED this _____ day of _____, 2021.

                                                      BY THE COURT:

                                                      _____

                                                      Hon. Philip A. Brimmer
                                                      United States District Judge